DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

SHANE LAEMMEL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1399

———————————————

November 12, 2025

Appeal from the Circuit Court for Pinellas County; Philippe Matthey,
Judge.

Blair Allen, Public Defender, and Andrea M. Norgard, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Taylor A. Schell,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

SILBERMAN and VILLANTI, JJ., and CARROLL, HUNTER W.,
ASSOCIATE JUDGE, Concur.

———————————————

Opinion subject to revision prior to official publication.